## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| RUARI C., *by and through his Parents*, RONAN C. and BETH C., | |
| *Plaintiffs,* | CIVIL ACTION |
| v. | NO. 22-4080 |
| PENNSBURY SCHOOL DISTRICT, | |
| *Defendant.* | |

## <u>ORDER</u>

**AND NOW**, this 18th day of August 2023, upon consideration of the Parties'
Cross Motions for Judgment on the Administrative Record (ECF 12 and 13), the
Parties' Responses (ECF 15 and 16), their Replies (ECF 17 and 18) and after a careful
review of the underlying record and the Hearing Officer's Final Decision and Order
(ECF 5-3), it is hereby **ORDERED** that Defendant's Motion is **GRANTED** and
Plaintiffs' Motion is **DENIED**.  Judgment is **ENTERED** in favor of Defendant.  The
Clerk of Court is **DIRECTED** to **CLOSE** this case.


BY THE COURT:


**<u>/s/ Gerald J. Pappert</u>**
GERALD J. PAPPERT, J.